IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ENRIQUE HERRERA RODRIGUEZ,** and all others similarly situated under 29 U.S.C. §216(B),  §§§§  Plaintiff,  §  vs.  §  EL POLLO REGIO, INC., EL POLLO REGIO MANAGEMENT, LLC and JUAN J. BAZALDUA,  §§§§  Defendants. | Civil Action No. 3:11-cv-02276-D  Jury Trial Demanded |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

CAME ON this 13th day of April, 2012, the Joint Motion to Dismiss with Prejudice ("Motion") filed by the parties in the above styled and numbered cause of action. Having considered the Motion, the Court is of the opinion that it should be granted and that the above styled and numbered cause of action should be and hereby is DISMISSED WITH PREJUDICE to the refiling of same, with each party to bear its own costs, expenses and attorneys' fees.

Signed this 13th day of April, 2012.

_Sidney A. Fitzwater_
The Honorable Sidney A. Fitzwater
Chief Judge
Northern District of Texas

556453 v1